Richard Sax (SBN 80632)
Email: richard@rsaxlaw.com
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA 94501
Telephone: (707) 525-1824
Facsimile: (707) 525-8119

Attorneys for Plaintiff,
THOMAS J. MEEHAN

Amanda Hamilton (SBN 303485)
Email: ahhamilton@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant *Nationstar Mortgage LLC d/b/a Mr. Cooper (erroneously sued as Mr. Cooper fka Nationstar Mortgage LLC)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. MEEHAN,<br><br>Plaintiff,<br><br>vs.<br><br>MR. COOPER fka NATIONSTAR MORTGAGE LLC; CLEAR RECON CORP.; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No: 3:18-cv-06518-RS<br> ORDER<br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiff Thomas J. Meehan and Defendant NATIONSTAR MORTGAGE LLC ("Nationstar") through their respective counsel of record that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear his/its own attorney's fees and costs.

**SO STIPULATED:**

DATED: March 13, 2019      REED SMITH LLP

By: */s/Amanda Hamilton*
Amanda Hamilton
Attorneys for Defendants,
Nationstar Mortgage LLC d/b/a Mr. Cooper

DATED: March 13, 2019      The Law Offices of Richard Sax

By: */s/Richard Sax*
Richard Sax
[As authorized on January 29, 2019]
Attorneys for Plaintiff
Thomas J. Meehan

## ATTESTATION OF SIGNATURE

I, Amanda Hamilton, am the ECF User whose ID and Password were used to electronically file this Notice of Settlement. Pursuant to Central District of California Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the electronic filing thereof.

*/s/ Amanda Hamilton*

Amanda Hamilton

**IT IS SO ORDERED:**

Dated: 3/14/19

_____

Honorable Judge Richard Seeborg